**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　Civil Action No. 1:14-cv-00946-TSB

JOHN DOE, subscriber assigned IP address
24.209.236.123,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.209.236.123. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 6, 2015

                                      Respectfully submitted,

                                      By: /s/ *Yousef M. Faroniya*
                                      Yousef M. Faroniya
                                      yousef@YMFincorporated.com
                                      YMF Inc.: The Law Office of Yousef M. Faroniya
                                      84 S. 4th Street
                                      Columbus, OH 43215
                                      Phone: 614-360-1855
                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                           By:  /s/ *Yousef M. Faroniya*_____
                                           Yousef M. Faroniya